# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Aisha Mbabazi, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00156-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| National General Insurance Co | ) | |
| Jenae Nicole White | | |
| Does 1-XXX, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2021 Order.

June 7, 2021

_____

Frank G. Johns, Clerk
United States District Court